The relief described hereinbelow is SO ORDERED.

Signed April 18, 2013.



_____
Ronald B. King
United States Chief Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MARIE H. MARTINEZ, | § | CASE NO. 10-53969 |
| | § | (Chapter 11) |
| Debtor. | § | |

ORDER FOR FINAL DECREE AND
ADMINISTRATIVELY CLOSING CHAPTER 11 CASE FOR AN INDIVIDUAL

CAME ON FOR CONSIDERATION the Application for Administratively Closing of Chapter 11 Case for an Individual, and from the Debtor's report that Court concludes that

· The Plan of Reorganization, as confirmed by the Court, has been substantially consummated;

· All of the property proposed by the confirmed Plan of Reorganization to be transferred has been transferred;

· The Debtor-In-Possession has assumed the management of all of the property of the Debtor-In-Possession as provided in the confirmed Plan of Reorganization. It is therefore

ORDERED, that the Debtor, within 14 days of the entry of this order, shall file and post-confirmation reports due. It is further

ORDERED, that the debtor, within 14 days of the entry of this order, shall pay to the U.S. Trustee all quarterly fees due and owing.

* * * END OF ORDER * * *